466 A.2d 720

Commonwealth v. Thompson, Appellant.

Petition for Allowance of Appeal
Denied Jan. 16, 1984.

Submitted October 26, 1982. Arthur Henry James, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and POPOVICH, JJ.

Judgment of sentence affirmed.